```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EARVIN L. BROWN,

                Plaintiff,

-v-

PATTY NELSON et al.,

                Defendants.

No. 05 Civ. 4498 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

On January 25, 2008, the Honorable Kenneth M. Karas, District Judge, granted Defendants' motion to dismiss in this action. Judge Karas granted Plaintiff thirty days from receipt of the Opinion and Order to file an amended complaint. Judge Karas further stated, "Plaintiff is cautioned, in advance, that the Court will strictly enforce this deadline. The Court will dismiss the case without further notice to the Parties if such an amended complaint is not timely filed." (Opinion and Order of January 25, 2008.)

The Opinion and Order was served on plaintiffs on January 28, 2008. On January 30, 2008, the case was reassigned to the undersigned. As of the date of this Order, no amended complaint has been filed. Nor has Plaintiff communicated with the Court.

Accordingly, the case is hereby DISMISSED. The Clerk of the Court shall close this case.

SO ORDERED.

Dated: May 19, 2008
       New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE